IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LARUE THOMAS, | 1:07-cv-01190-AWI-GSA (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE AN ANSWER. |
| vs. | |
| HEDGEPETH, Warden, | (DOCUMENT #9) |
| Respondent. | (30) THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 26, 2007, Respondent filed a motion to extend time to file an Answer. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file an Answer.

IT IS SO ORDERED.

Dated:   **November 14, 2007**         **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE