1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL LARUE THOMAS,                     1:07-cv-01190 AWI GSA (HC)

12           Petitioner,
                                               ORDER DENYING MOTION FOR
13        vs.                                  APPOINTMENT OF COUNSEL

14   HEDGEPETH,
                                               (DOCUMENT #23)
15           Respondent.

16   _____/

17          Petitioner has requested the appointment of counsel.  This case is closed, judgment

18   having been entered on May 4, 2009. It is currently on appeal before the Ninth Circuit Court of

19   Appeals. Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of

20   counsel is denied.

21       IT IS SO ORDERED.

22       Dated:   __July 6, 2009__         _____/s/ Gary S. Austin_____
                                               UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28